**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

GERMAN ISRAEL ABRIL
MATAMOROS,

   v.

PAM BONDI, et al.

)
)
)
)
)
)
)

Civil Action No. 3:26-567

Judge Stephanie L. Haines

## CASE MANAGEMENT ORDER

The Court orders as follows:

1. **Service**.  The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day.  This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **30 days** of the date of service.  Responses are limited to **25 pages**, double-spaced.

4. **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **8 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.

DATED this 9th day of April 2026.

            BY THE COURT:

            /s/ Stephanie L. Haines
            STEPHANIE L. HAINES
            United States District Judge